PER CURIAM.
 

 Manuel Walters appeals his conviction for second-degree murder, asserting fundamental error in the standard manslaughter by act instruction given to the jury.
 
 [1]
 

 See
 
 Fla. Std. Jury Instr. (Crim.) 7.7. We affirm the conviction.
 
 See Valdes-Pino v. State,
 
 23 So.3d 871, 872 (Fla. 3d DCA
 
 *657
 
 2009). However, to preserve the defendant’s rights, we certify direct conflict with
 
 Montgomery v. State,
 
 — So.3d —, 2009 WL 350624 (Fla. 1st DCA 2009), which currently is pending review before the Florida Supreme Court.
 
 State v. Montgomery,
 
 11 So.3d 943 (Fla.2009).
 

 Conviction affirmed, conflict certified.
 

 [1]
 

 . The defendant's remaining two points of appeal are without merit.
 
 See Irving
 
 v.
 
 State,
 
 627 So.2d 92, 94 (Fla. 3d DCA 1993) ("A trial court has wide discretion concerning the admissibility of evidence, and a ruling on admissibility will not be disturbed unless there has been an abuse of discretion.”).